# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| In re APPLICATION OF LG ELECTRONICS DEUTSCHLAND GMBH FOR AN ORDER OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.: 2:15-cv-00023 |

## PLAINTIFF LG ELECTRONIC DEUTSCHLAND GMBH'S
## CERTIFICATE OF INTERESTED PERSONS

Plaintiff LG Electronics Deutschland GmbH ("LG Deutschland") respectfully submits this, its Certificate of Interested Persons.

1. LG Deutschland is wholly owned by LG Electronics, Inc. ("LG Electronics"), a Korean Corporation.

2. LG Corporation holds 10% or more of LG Electronics' stock.

3. To the best of LG Deutschland's knowledge, the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities, listed below, are financially interested in the outcome of this litigation.

    a. Plaintiffs: LG Deutschland, LG Electronics, LG Corporation

    b. Defendants: Saint Lawrence Communications LLC, Saint Lawrence Communications GmbH, Acacia Research Group, LLC, and Acacia Research Corporation.

Dated: January 16, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　By:　*/s/ Jane Du*
　　　　　　　　　　　　　　　　　　　　　Jane Du
　　　　　　　　　　　　　　　　　　　　　du@fr.com
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24076355
　　　　　　　　　　　　　　　　　　　　　Zachary Loney
　　　　　　　　　　　　　　　　　　　　　loney@fr.com
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24092714
　　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas  75201
　　　　　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　**LG ELECTRONICS DEUTSCHLAND**
　　　　　　　　　　　　　　　　　　　**GMBH**

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 16, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　*/s/Jane Du*